# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: | MDL NO. 2753 |
| ATRIUM MEDICAL CORP. C-QUR MESH PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1:16-md-02753-LM |
| This relates to: | |
| CARRIE LEE BARRON and NICHOLAS BARRON | Case No. 1:17-cv-00742 |

## ADDENDUM TO DEFENDANTS' REPORT REGARDING TRIAL CASES

Pursuant to the Court's July 27, 2020 Endorsed Order directing the parties to "submit[] exhibit(s) to their pleadings for a hearing scheduled on July 28, 2020 . . . by filing the requisite or necessary pleadings (exhibit, addendum etc. . . .)," Defendants Atrium Medical Corporation and Maquet Cardiovascular US Sales, LLC hereby submit the attached exhibit as an addendum to their Report Regarding Trials Cases (MDL Dkt. 1214).

Dated:  July 28, 2020

Respectfully submitted,

*/s/ Katherine Armstrong*
Mark S. Cheffo
Katherine Armstrong
Paul LaFata
   **DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone:  (215) 208-3091
Facsimile:  (212) 994-2222
mark.cheffo@dechert.com
katherine.armstrong@dechert.com
paul.lafata@dechert.com

        Pierre A. Chabot – NHBA # 17606
           **WADLEIGH, STARR & PETERS, PLLC**
        95 Market Street
        Manchester, NH 03101
        Telephone: (603) 669-4140
        Facsimile : (603) 669-6018
        pchabot@wadleighlaw.com

*Attorneys for Defendants,*
*Atrium Medical Corporation and*
*Maquet Cardiovascular US Sales, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to all counsel of record.

*/s/ Katherine Armstrong*
Katherine Armstrong
